BEFORE THE FIRST DIVISION, MARCH 6, 1968

**No. P68/111.**—Pyro Plastics Corp. *v.* United States, protests 58/1221, 59/4404, and 59/15481 (New York).

**No. P68/112.**—I. B. Wolfset & Co. *v.* United States, protests 58/6008, 58/19008, and 60/441 (New York).

**No. P68/113.**—Thornley & Pitt *v.* United States, protest 59/25587 (San Francisco).

**No. P68/114.**—A & A Trading Corp. *v.* United States, protest 61/9462 (New York).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P68/115.**—Panation Trade Co. *v.* United States, protest 66/52199 (New York).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rosary bracelets similar in all material respects to those the subject of *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 6, 1968

**No. P68/116.**—D. P. Harris Hdw. & Mfg. Co., Inc. *v.* United States, protests 60/21952 and 66/547 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of air horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.